J-S64037-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DALLAS RAY VAVRA | : | |
| | : | |
| Appellant | : | No. 3918 EDA 2017 |

Appeal from the Order November 3, 2017
In the Court of Common Pleas of Northampton County Criminal Division
at No(s):  CP-48-CR-0000809-2011

BEFORE:  BOWES, J., OLSON, J., and KUNSELMAN, J.

CONCURRING STATEMENT BY OLSON, J.:  **FILED DECEMBER 20, 2018**

I agree with the learned majority that the serial petition filed by Appellant under the Post Conviction Relief Act (PCRA) was properly denied by the PCRA court.  I write separately as I do not believe that this Court should consider the most recent appeal.  Pursuant to a Judgment Order filed by this Court on June 18, 2015 in another appeal filed by Appellant involving Appellant's judgment of sentence at trial court docket number CP-48-CR-0000809-2011, Appellant is prohibited "**from submitting any additional filings for relief in this case without prior permission from this Court**." *Commonwealth v. Vavra*, 2015 WL 6957472 (Pa. Super. 2015), unpublished judgment order, at 3 (emphasis in original).  As Appellant failed to obtain the requisite prior approval from this Court to file this appeal, we should summarily dismiss the appeal.